FILED

12/6/2019

Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| MARK WILLIAM COLLINS,<br><br>Plaintiff,<br><br>vs.<br><br>TIM FOX, JOHN MICU, SCOTT HOWARD, MARK HILYARD, MORGAN SMITH, and CHRIS MILLER,<br><br>Defendants. | CV 19-00044-BU-BMM-KLD<br>(CV 19-00082-H-DLC-JTJ)<br><br><br>ORDER |

Plaintiff Mark Collins has filed a Complaint pursuant to 42 U.S.C. § 1983 alleging excessive use of force. (Doc. 2.) Local Rule 3.2(b)(3) provides that prisoner civil rights cases shall be venued in the Division where the alleged wrong was committed. Mr. Collins's allegations arose in Deer Lodge, Montana which is in Powell County which is in the Helena Division of this Court. This matter should therefore be venued in the Helena Division.

Based upon the foregoing, the Court issues the following:

**ORDER**

1. This case is transferred to the Helena Division. The matter has been given a new case number of CV-19-00082-H-DLC-JTJ. All further filing in this matter must be done under this new case number.

1

2.  At all times during the pendency of this action, Mr. Collins shall

immediately advise the Court of any change of address and its effective date.

Failure to file a notice of change of address may result in the dismissal of the action

for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

DATED this 6th day of December, 2019.


_____
Kathleen L. DeSoto
United States Magistrate Judge